AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LORENZO MORENO,

             Plaintiff,

v.

UNITED STATES GOVERNMENT, *et al.*,

             Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:22-cv-00374-MMD-CLB

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that this case is **dismissed without prejudice** as the Court is unable to identify the legal or factual basis for claims. Moreno's application to proceed in forma pauperis (ECF No. 1 ) is granted. IT is further ordered that the Clerk of Court will enter judgment accordingly and close this case.



Date: September 19, 2022

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk